The matter is remanded for entry of judgment in favor of defendant as aforesaid. No costs.

LILLIAN GOULD, PLAINTIFF-APPELLANT, v. THERESA GROTTA CENTER, DEFENDANT-RESPONDENT

Superior Court of New Jersey
Appellate Division

Argued October 25, 1965—Decided November 12, 1965.

Before Judges CONFORD, KILKENNY and LEONARD.

*Mr. Harold I. Braff* argued the cause for appellant (*Messrs. Braff, Litvak & Ertag*, attorneys).

*Mr. Edward V. Ryan* argued the cause for respondent (*Mr. William J. Gannon*, on the brief).

Per Curiam. The judgment is affirmed essentially for the reasons stated in the Law Division by Judge Whipple, *Gould v. Theresa Grotta Center*, 83 *N. J. Super.* 169 (*Law Div.* 1964).